■ In the Matter of the Estate of GLADYS M. BLEAKLEY, Deceased. IVA M. BARNES, Appellant; GLYNN FOWLER et al., Respondents. [646 NYS2d 620] —Appeal by Iva M. Barnes from a decree of the Surrogate's Court, Westchester County (Emanuelli, S.), dated June 6, 1995.

Ordered that the decree is affirmed, without costs or disbursements, for reasons stated by Surrogate Emanuelli at the Surrogate's Court. O'Brien, J. P., Sullivan, Joy and McGinity, JJ., concur.